# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON SLAUGHTER,<br><br>Plaintiff<br><br>v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Defendants. | Case No.  1:25-cv-00634-SKO<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>(Doc. 14) |

Having considered the parties' Stipulation to Modify the Scheduling Order, (Doc. 14), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the August 29, 2025 Scheduling Order, (Doc. 12), are **VACATED** and **CONTINUED** according to the revised schedule below:

| Event | Scheduled Date | Continued Date |
|---|---|---|
| Non-Expert Discovery | March 31, 2026 | May 30, 2026 |
| Disclosure of Experts | April 30, 2026 | June 15, 2026 |
| Disclosure of Rebuttal Experts | May 29, 2026 | June 30, 2026 |
| Expert Discovery Deadline | June 30, 2026 | July 15, 2026 |

All other dates set in the August 29, 2025 Scheduling Order, (Doc. 12), remain as set.

IT IS SO ORDERED.

Dated:   **March 18, 2026**          /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE