# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JON SLAUGHTER,

Plaintiff,

v.

FIRST NATIONAL INSURANCE COMPANY OF AMERICA,

Defendant.

Case No.  1:25-cv-00634-JLT-EGC

**ORDER DENYING STIPULATION TO CONTINUE DISCOVERY DEADLINES ONLY WITHOUT PREJUDICE**

(Doc. 17)

The Court is in receipt of the parties' "Second Joint Stipulation to Continue Discovery Deadlines Only," (Doc. 17) seeking to modify the case schedule, (Docs. 12, 15), continuing the expert discovery and motion deadlines.  In their stipulation, the parties represent that they "are not requesting an extension of the dispositive motion filing deadline or hearing date, nor the pretrial conference date or trial date." (Doc. 17 at 2).  Because the parties' requested modification cannot be granted without modifying the rest of the case schedule, the parties' motion will be denied without prejudice.

The undersigned observes that the stipulation, if granted, would result in the close of expert discovery occurring after the dispositive motion deadline, which is untenable.  Pursuant to the local rules and in light of the fact that this Court requires at least 12 weeks between the hearing on dispositive motions and the pretrial conference and 8 weeks between the pre-trial conference and trial, granting the parties' request to modify the discovery dates would require modification

of the motions and hearing deadlines, which would in turn require further modification of the pre-trial and trial dates.

The Court advises the parties that if the undersigned were to grant the parties' requested modification of the discovery deadlines, the Court would be inclined to set the following schedule: (1) the non-dispositive motions filing date set for October 21, 2026; (2) the hearing on non-dispositive motions set for November 25, 2026, (3) the dispositive motions filing deadline set for October 26, 2026, (4) the dispositive motions hearing set for November 30, 2026, (5) the pre-trial conference set for February 22, 2027, and (6) the trial set for April 20, 2027.

Accordingly, in light of the parties' express request that no other dates be modified, the motion is DENIED without prejudice to filing a renewed motion or stipulation that sets the motions filing dates and associated hearings after the close of discovery; allows for at least 35 days between a motion filing and associated hearing; 12 weeks between the hearing on dispositive motions and the pretrial conference; and at least 8 weeks between the pretrial conference and trial.

IT IS SO ORDERED.

Dated:    **May 29, 2026**                    _Erin Suy Castllo_
                                         UNITED STATES MAGISTRATE JUDGE

2