**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JON SLAUGHTER, an individual,<br>Plaintiff,<br>v.<br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, and DOES 1–50, inclusive,<br>Defendants. | Case No. 1:25-cv-00634-JLT-EGC<br>**ORDER DIRECTING CLERK OF COURT TO CLOSE THE CASE**<br>Doc. 21 |

In light of the parties' stipulation, Doc.21, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE